■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES H. SCHOLZ, Appellant. (Appeal No. 1.) [999 NYS2d 917]— Appeal from a judgment of the Cayuga County Court (Mark H. Fandrich, A.J.), rendered May 28, 2013. The judgment convicted defendant, upon his plea of guilty, of burglary in the third degree.

It is hereby ordered that said appeal is unanimously dismissed.

Same memorandum as in *People v Scholz* ([appeal No. 2] 125 AD3d 1492 [2015]). Present—Scudder, P.J., Smith, Centra, Lindley and Valentino, JJ.